■ SHARON JORDAN-PARKER et al., Appellants, v CITY OF BUF-FALO, Respondent, et al., Defendants. (Appeal No. 3.) [27 NYS3d 422]—Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 11, 2015. The order granted the motion of defendant City of Buffalo for summary judgment.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Jordan-Parker v City of Buffalo* ([appeal No. 1] 137 AD3d 1751 [2016]). Present—Whalen, P.J., Centra, Carni, DeJoseph and Troutman, JJ.